**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00504-CV

### IN THE INTEREST OF J.D.H., A CHILD

---

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-56446-2010**

---

## ORDER

We **GRANT** appellee's November 21, 2014 second motion for an extension of time to file a brief. Appellee shall file her brief by **DECEMBER 30, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
           JUSTICE